# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 6, 2019

## NO. 03-19-00595-CR

### Ex parte Bobbi Battishia White

**APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA**

Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.